JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVE PETERSEN )
)
         Plaintiff, )
)
  -v- )    Case No. SA CV11-1987-DOC(RNBx)
)
.ALLSTATE INDEMNITY COMPANY, et al. )
)
)    ORDER DISMISSING CIVIL ACTION
         Defendants. )
_____ )

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: March 22, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge